UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Adeniran, et al. v. Bristol-Myers Squibb Company et al., | ) | |
| N.D. California, C.A. No. 4:18-02620 | ) | MDL No. 2734 |

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Adeniran*) on May 7, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Adeniran* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on May 7, 2018, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Florida for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable M. Casey Rodgers.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED A TRUE COPY
Jessica J. Ljubisnovits

By: Deputy Clerk

Filed 06 11 18 USDcFln 3PM 1254